**McCOY v. STATE.**

No. 26531.

Court of Criminal Appeals of Texas.

Oct. 28, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

564

DAVIDSON, Commissioner.

A violation of the liquor laws is the offense; the punishment, a fine of $250.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.